Ida Gauss, Appellant, v. State of New York, Respondent. (Claim No. 30905.)

Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.